**Dismissed and Opinion Filed October 22, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00998-CV

### IN RE SIGHTLINE SEARCH, INC., JOHN C. EDWARDS, AND ANTOINETTE H. EDWARDS, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16090**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Molberg

On August 22, 2019 relators filed a petition for writ of mandamus and an emergency motion to stay, challenging the trial court's July 31, 2019 order granting real parties in interest's motion to conduct discovery related to real parties' amended motion to dismiss under the Texas Citizen's Participation Act. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.001–.011. On August 28, 2019, relators requested we take no action on the matter until they submitted an update to the Court. The following day, relators advised by letter that the parties were seeking mediation.

The Court now has before it relators' October 11, 2019 unopposed motion to dismiss with prejudice their petition for writ of mandamus and emergency motion to stay. In the motion to dismiss, relators advise that the parties have reached a settlement in the underlying dispute.

Accordingly, we grant relators' unopposed motion and dismiss with prejudice the petition for writ of mandamus and emergency motion to stay TCPA discovery order. *See* TEX. R. APP. P. 42.1.

/Ken Molberg//
_____
KEN MOLBERG
JUSTICE

190998f.p05